IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| ALLAN JOHN LOVE, JR., | |
|---|---|
| Plaintiff, | 8:19CV387 |
| v. | |
| OFFICE OF GENERAL COUNSEL SOCIAL SECURITY, | ORDER |
| Defendant. | |

Allan John Love, Jr. ("Love") filed a Complaint (Filing No. 1) on September 5, 2019, seeking review of a decision of the Commissioner of the Social Security Administration. However, no summons has been executed (or even requested) against defendant Office of General Counsel Social Security Administration, and ninety days have passed since Love filed suit. *See* Fed. R. Civ. P. 4(m). The Court orders Love to show cause on or by January 6, 2020, why this case should not be dismissed. Failure to respond may result in dismissal of this case without further notice.

Dated this 5th day of December 2019.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge